The Honorable James L. Robart

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>FIELDS ROOF, INC., a Washington corporation; FOURTH AVENUE VILLAGE OWNERS ASSOCIATION, a Washington non-profit corporation; UNITED SPECIALTY INSURANCE COMPANY; NATIONAL UNION INSURANCE COMPANY,<br><br>Defendants. | No. 2:17-cv-01658-JLR<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**<br><br>NOTE ON MOTION CALENDAR:<br>February 7, 2018 |

## I.     STIPULATION

Plaintiffs Navigators Specialty Insurance Company and Defendant National Union Fire Insurance Company of Pittsburgh, Pa., by and through their attorneys of record, hereby agree and stipulate that the current action should be dismissed with prejudice and without fees or costs to any party.

//

STIPULATION AND [PROPOSED]
ORDER OF DISMISSAL – 1
No. 2:17-cv-01658

LETHER & ASSOCIATES PLLC.
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

DATED this 7th day of February, 2018.

| LETHER & ASSOCIATES, PLLC | JENSEN MORSE BAKER PLLC |
|---|---|
| /s/ Thomas Lether<br>/s/ Eric J. Neal<br>Thomas Lether, WSBA #18089<br>Eric J. Neal, WSBA #31863<br>1848 Westlake Ave. N., Ste. 100<br>Seattle, WA 98109<br>tlether@letherlaw.com<br>eneal@letherlaw.com<br>*Counsel for Navigators Specialty Insurance Company* | /s/ Steven Jensen<br>Steve Jensen<br>216 First Avenue South, Suite 204<br>Seattle, WA 98104<br>206.682.1644 (direct)<br>206.412.3695 (mobile)<br>steve.jensen@jmblawyers.com<br>*Counsel for National Union Fire Insurance Company of Pittsburgh, Pa.* |

STIPULATION AND [PROPOSED]
ORDER OF DISMISSAL – 2
No. 2:17-cv-01658

LETHER & ASSOCIATES PLLC.
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

## II. ORDER

Based on the foregoing Stipulation, it is hereby ORDERED:

1. That this action is hereby dismissed with prejudice;

2. This dismissal is effectuated without an award of fees or costs to any party.

Done and dated this 7th day of Feb., 2018.

_____
Honorable James L. Robart
United States District Court

Presented by:

| LETHER & ASSOCIATES, PLLC | JENSEN MORSE BAKER PLLC |
|---|---|
| */s/ Thomas Lether* <br> */s/ Eric J. Neal* <br> Thomas Lether, WSBA #18089 <br> Eric J. Neal, WSBA #31863 <br> 1848 Westlake Ave. N., Ste. 100 <br> Seattle, WA 98109 <br> tlether@letherlaw.com <br> eneal@letherlaw.com <br> *Counsel for Navigators Specialty Insurance Company* | */s/ Steven Jensen* <br> Steve Jensen <br> 216 First Avenue South, Suite 204 <br> Seattle, WA 98104 <br> 206.682.1644 (direct) <br> 206.412.3695 (mobile) <br> steve.jensen@jmblawyers.com <br> *Counsel for National Union Fire Insurance Company of Pittsburgh, Pa.* |

STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL – 3
No. 2:17-cv-01658

LETHER & ASSOCIATES PLLC.
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 F: (206) 467-5544